## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| LORNA SHIELDS,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE<br>INSURANCE COMPANY,<br><br>     Defendant. | No. 19-cv-0448-GZS |

### STIPULATION OF DISMISSAL

Plaintiff and Defendant agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action may now be dismissed with prejudice. No costs or fees awarded.

Dated: November 15, 2022


/s/ *Trevor D. Savage*
Trevor D. Savage, Esq.
Norman, Hanson & DeTroy, LLC
Two Canal Plaza
P.O. Box 4600
Portland, ME 04112-4600
(207) 771-7000
tsavage@nhdlaw.com

*Attorney for Plaintiff*

/s/ *Cameron R. Goodwin*
Cameron R. Goodwin, Esq.
Pierce Atwood, LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
(207) 791-1350 (fax)
cgoodwin@pierceatwood.com

Brooks R. Magratten, Esq.
Pierce Atwood, LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
(401) 588-5166 (fax)
bmagratten@pierceatwood.com

*Attorneys for Defendant United of Omaha Life Insurance Company*

1

#15492732v2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of this document was served on the following counsel of record by ECF filing on November 15, 2022:

Trevor D. Savage, Esq.
Norman, Hanson & DeTroy, LLC
Two Canal Plaza
P.O. Box 4600
Portland, ME 04112-4600

                                                      */s/ Cameron R. Goodwin*
                                                      Pierce Atwood, LLP
                                                      Merrill's Wharf
                                                      254 Commercial Street
                                                      Portland, ME 04101
                                                      (207) 791-1100
                                                      (207) 791-1350 (fax)
                                                      cgoodwin@pierceatwood.com

#15492732v2